[No. 23122-4-III.   Division Three.   June 23, 2005.]

*In the Matter of the Marriage of* NICHOLAS J. MANRING, *Respondent,* and DONNA S. MANRING, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 95-3-00082-9, Richard W. Miller, J., entered May 21, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 23271-9-III.   Division Three.   June 23, 2005.]

AICHA SOUALA, *Appellant,* v. CATLOW PROFESSIONAL MOVERS, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-05258-7, Jerome J. Leveque, J., entered July 19, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Brown J., concurred in by Kato, C.J., and Schultheis, J.

[No. 31643-9-II.   Division Two.   June 25, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. OTHO DAVID JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-00839-1, Paula Casey, J., entered April 14, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 53752-1-I.   Division One.   June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. HARRY JAMES GREER III, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01909-1, Charles S. French, J., entered January 28, 2004. *Affirmed* by unpublished per curiam opinion.